United States District Court
Eastern District of Missouri
Eastern Division

| | |
|---|---|
| **SHAIKENYA WILLIAMS**, ) | |
| ) | |
| Plaintiff, ) | Case No. 14-cv-01458 |
| ) | |
| v. ) | |
| ) | |
| **FIRST NATIONAL BANK** ) | |
| **OF ST. LOUIS** ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CENTRAL BANCOMPANY WITHOUT PREJUDICE

COMES NOW Plaintiff, and voluntarily dismisses her claims against Central Bancompany only, without prejudice. All other claims against other defendants remain pending and are not dismissed.

Respectfully submitted,

PONDER ZIMMERMANN LLC

By      /s/ Jaclyn Zimmermann
       Douglas Ponder, #54968MO
       dbp@ponderzimmermann.com
       Jaclyn M. Zimmermann, #57814MO
       jmz@ponderzimmermann.com
       1141 South 7th Street
       St. Louis, MO  63104
       Phone:    314-450-5990
       FAX:      314-450-5935
       *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system, this 18th day of December, 2014, to the following:

Timothy Van Ronzelen
Cook, Vetter, Doerhoff & Landwehr
231 Madison
Jefferson City, MO 65101

And

Thomas O. McCarthy
Christina M. Sondermann
2730 North Ballas Rd., Suite 200
St. Louis, MO 63131

*Attorneys for Defendants*

                                                                /s/ Jaclyn M. Zimmermann