United States District Court
Eastern District of Missouri
Eastern Division

| | |
|---|---|
| **SHAIKENYA WILLIAMS**, ) | |
| ) | |
|     Plaintiff, ) | Case No. 14-cv-01458 |
| ) | |
| v. ) | |
| ) | |
| **FIRST NATIONAL BANK** ) | |
| **OF ST. LOUIS** ) | |
| Et al. ) | |
| ) | |
|     Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW the law office of Ponder Zimmermann LLC, attorneys for the above-named Plaintiff in this matter, and hereby moves this Court to withdraw as counsel for Plaintiff. In support thereof, the undersigned states:

1. Plaintiff filed this instant action in state court on or about July 9, 2014.  The case involves, generally, Plaintiff's employment at First National Bank and her ultimate termination from same.

2. This action was removed to this Court by Defendant First National Bank on or about August 25, 2014.

3. The undersigned notified Plaintiff in person on September 24, 2015, that she and the law firm of Ponder Zimmermann LLC would be withdrawing as her counsel.

4. This matter is currently set for trial on May 2, 2016.

5. Counsel for Defendant has agreed to postpone Plaintiff's deposition, which is currently set for September 29, 2015.

1

Respectfully submitted,

PONDER ZIMMERMANN LLC

By   /s/ Jaclyn Zimmermann
   Jaclyn M. Zimmermann, #57814MO
   jmz@ponderzimmermann.com
   Douglas Ponder, #54968MO
   dbp@ponderzimmermann.com
   20 South Sarah St.
   St. Louis, MO 63108
   Phone:   314-272-2621
   FAX:     314-272-2713

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system, this 24th day of September, 2015, to the following:

Thomas O. McCarthy
Christina M. Sondermann
2730 North Ballas Rd., Suite 200
St. Louis, MO 63131

*Attorneys for Defendants*

And to Plaintiff Shaikenya Williams, via U.S. Mail and electronic mail, at:

Shaikenya Williams
10990 New Halls Ferry Rd.
#J191
St. Louis, MO 63136

                                                          /s/ Jaclyn M. Zimmermann