UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 10/7/15   **Case No.** 4:14-CV-01458-ERW

Shaikenya Williams   v.   First National Bank of St. Louis, et al.

**Judge** Honorable E. Richard Webber

**Court Reporter** R. Fiorino   **Deputy Clerk** E. Brown

**Attorneys for Plaintiff(s)** Jaclyn Zimmermann

**Attorneys for Defendant(s)** Thomas McCarthy

**Parties present for** plaintiff's Motion to Withdraw as Attorney. Both sides including plaintiff present at hearing. Parties discuss motion. Plaintiff request 60 days to obtain new counsel. The Court Grants the request and the Motion to Withdraw.

Attorneys Present : _____

Proceedings commenced:   10:05 a.m.

Proceedings concluded:   10:10 a.m.