SHAIKENYA WILLIAMS,

Plaintiff,                                                    Case No. 4:14CV01458ERW

vs.

FIRST NATIONAL BANK OF ST. LOUIS

Defendant

## RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff and prays court grant additional time to show cause. Plaintiff will show that due to a death in the family on February 20, 2016 for which she serves as Executor of Will, Trustee of Trust and former Conservator/Guardian, Power of Attorney and administrator of Advanced Medical Directive has prevented timely response to Defendants discovery request.

April 4, 2016

*signature*

SHAIKENYA WILLIAMS

Defendant